UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES BOSTER, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 16-CV-1412 (JCH) |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, et al. | : | APRIL 20, 2017 |
|     Defendants. | : | |

ORDER RE PLAINTIFF'S MOTION FOR INDEFINITE
EXTENSION OF TIME (DOC. NO. 17)

Now before the court is plaintiff James Boster's ("Boster") Motion for Indefinite Extension of Time for Service Due to Extended Health Crisis ("Motion for Extension") (Doc. No. 17). Boster's Motion is denied. In the alternative, the court grants Boster's request to withdraw the case without prejudice to refiling. The case was filed 8 months ago, and service has not been made. The Rules contemplate 90 days to serve. Fed. R. Civ. P. 4(m). The court has extended the time for service twice. See Doc. Nos. 14, 15). The court does not view it as reasonable that Boster should have an indefinite period of time to allow the case to pend without service, even considering plaintiff's statement that his serious health condition prevents him from proceeding.

Boster's Motion for an Indefinite Extension is **DENIED**. His request to withdraw the case is **GRANTED** without prejudice to refiling the matter.

**SO ORDERED**.

Dated at New Haven, Connecticut, this 20th day of April, 2017.

                                                        /s/ Janet C. Hall
                                                        Janet C. Hall
                                                        United States District Judge